UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| LEROY GATSON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 07-cv- 2143 |
| EAGLE WINGS INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

**Stipulation To Dismiss With Prejudice**

NOW COME the Plaintiff, LEROY GATSON, by his attorneys, ZIMMERLY, GADAU, SELIN and OTTO, and the Defendant, EAGLE WINGS INDUSTRIES, INC., by its attorneys, LANER MUCHIN DOMBROW BECKER LEVIN and TOMINBERG, LTD., and stipulate and agree to dismiss this cause with prejudice, each side to bear its own costs and fees.

Dated: August 1, 2008

| | |
|---|---|
| Leroy Gatson, Plaintiff | Eagle Wings Industries, Inc., Defendant |
| /s/     John H. Otto, Plaintiff's Attorney | /s/ James J. Convery, Defendant's Attorney |
| John H. Otto<br>Zimmerly, Gadau, Selin and Otto<br>116 N. Chestnut Street, Suite 200<br>P. O. Box 3998<br>Champaign, IL 61826-3998<br>(217)352-7676<br>Facsimile (217)352-8090<br>Johnhotto@ameritech.net | James J. Convery<br>Laner, Muchin, Dombrow, Becker,<br>   Levin and Tominberg, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, IL 60610<br>(312)467-9800<br>Facsimile (312)467-9479<br>Jconvery@lanermuchin.com |